UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE KEVIN M. SCHNEIDER (P54175)     Case No. 09-mc-51301

_____/     HON. MARK A. GOLDSMITH
                                                     HON. GERSHWIN A. DRAIN
                                                     HON. TERRENCE G. BERG

## ORDER GRANTING PETITION FOR REINSTATEMENT

Petitioner Kevin M. Schneider was suspended from the practice of law before the state courts of Michigan for a period of 180 days, effective July 30, 2009. On November 17, 2009, a reciprocal order was issued suspending Petitioner from the practice of law before the United States District Court and the United States Bankruptcy Court for the Eastern District of Michigan (Dkt. 1). On June 11, 2010, Petitioner's authority to practice law in the state courts of Michigan was reinstated by the Attorney Discipline Board. On June 21, 2019, he submitted a formal request to this Court seeking to be reinstated to practice law in the federal courts within the Eastern District of Michigan (Dkt. 6). In accordance with E.D. Mich. LR 83.22, Chief Judge Denise Page Hood assigned his application for relief to this panel for its consideration (Dkt. 7) and appointed the Michigan Attorney Grievance Administrator as of counsel (Dkt. 7-1).

This panel conducted a hearing on August 6, 2019, at which Petitioner and Michael Mazur, from the Michigan Attorney Grievance Commission, appeared. Having considered the statements made at the hearing by Petitioner and Mr. Mazur, the panel determines that (1) Petitioner has satisfied all the standards for reinstatement to practice law within this federal court, as required by the Local Rules of this Court; (2) the Michigan Attorney Grievance Commission, through its Grievance Administrator, has not expressed any objections to his

request for reinstatement; and (3) there are no current concerns regarding Petitioner's suitability for reinstatement.

Accordingly, this panel concludes that Petitioner be immediately reinstated to practice law in the federal courts within the Eastern District of Michigan.

SO ORDERED.


Dated: August 21, 2019  
    Detroit, Michigan
    s/Mark A. Goldsmith  
    MARK A. GOLDSMITH  
    United States District Judge


Dated: August 21, 2019  
    Detroit, Michigan
    s/Gershwin A. Drain  
    GERSHWIN A. DRAIN  
    United States District Judge


Dated: August 21, 2019  
    Detroit, Michigan
    s/Terrence G. Berg  
    TERRENCE G. BERG  
    United States District Judge